## LASSITER v. FAISON

No. 333P93

Case below: 111 N.C.App. 206

Petition by Integon General Insurance Corporation for discretionary review pursuant to G.S. 7A-31 denied 7 October 1993.

## MACO HOMES, INC. v. CHARLOTTE ZONING BD. OF ADJUSTMENT

No. 385P93

Case below: 111 N.C.App. 929

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 November 1993.

## McDONALD'S CORP. v. DWYER

No. 355PA93

Case below: 111 N.C.App. 127

Motion by defendant Dwyer to dismiss appeal by plaintiff McDonald's for lack of substantial constitutional question denied 4 November 1993. Petition by plaintiff McDonald's for discretionary review pursuant to G.S. 7A-31 allowed 4 November 1993. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 4 November 1993.

## MINTER v. MINTER

No. 371P93

Case below: 111 N.C.App. 321

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 November 1993.